# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MAURICE MCDONALD,** | : | Civil No. 3:21-cv-0311 |
| Petitioner, | : | |
| v. | : | (Magistrate Judge Carlson) |
| **WARDEN OF SCI FRACKVILLE, et al.,** | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 6th day of March 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the petition for a writ of habeas corpus in this case is DENIED, and that a certificate of appealability will not issue.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
